UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

CASE NOS: 8:04-cr-546-T-24 TGW
vs. 8:16-cv-1792-T-24 TGW

SAMUEL DAVIS, JR.
BOP Register #: 42357-018

_____/

## **ORDER**

This cause comes before the Court upon the filing of a Joint Stipulation between the United States and Defendant Davis regarding Section 2255 Motion and Resentencing (Doc. CV-12) filed September 9, 2016. The parties agree that in light of *Johnson v. United States*, 135 S. Ct. 2551 (2015), Defendant no longer qualifies for the ACCA enhancement. Pursuant to the stipulation, the parties further agree that: (1) Defendant's § 2255 motion should be granted, (2) Defendant's 2005 criminal judgment should be vacated, and (3) Defendant should be resentenced *in absentia* to 120 months of imprisonment, followed by 36 months of supervised release.

Accordingly, the Court orders:

1. Defendant's 28 U.S.C. §2255 motion to vacate (Doc. CV-1, CR-87) is **GRANTED**.

2. Defendant is sentenced *in absentia* to 120 months of imprisonment, followed by 36 months of supervised release, with the same terms and conditions imposed in the Judgment entered on May 19, 2005 (Doc. CR-46).

3. The Clerk is directed to enter an Amended Judgment in the criminal case.

4. The Clerk is directed to enter judgment in favor of Davis in the civil case and then to close the civil case.

DONE AND ORDERED at Tampa, Florida, this 9th day of September, 2016.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

**Copies furnished to:**
Counsel of Record
U.S. Probation